Isaac H. Babcock, Appellant, vs. D. N. Batchelor, De Batchelor, Flora De Haven as Trustee and individually, Mary A. Bull, Mary Sweetapple, Mrs. Jennie Hammond and E. M. Hammond, Appellees.

Appeal from Circuit Court, Orange County; John D. Broome, Judge.

Wm. H. Jewell, for Appellant.

Beggs & Palmer, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. Decree affirmed.

Decision *Per Curiam.*